In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00562-CV

_____

**MARCELINO RODRIGUEZ, DONNA JEAN FORGAS AND LINDA MARIE WILTZ GILMORE, Appellants**

**V.**

**BEAUMONT INDEPENDENT SCHOOL DISTRICT, WOODROW REECE, TERRY D. WILLIAMS, JANICE BRASSARD, GWEN AMBRES AND ZENOBIA RANDALL BUSH IN THEIR RESPECTIVE OFFICIAL CAPACITY AS TRUSTEES OF DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-194,295**

**MEMORANDUM OPINION**

Marcelino Rodriguez, Donna Jean Forgas and Linda Marie Wiltz Gilmore filed a petition requesting permission to appeal the trial court's order denying a plea to the jurisdiction and order denying a motion for special exceptions. *See* Tex.

1

R. App. P. 28.3. On January 9, 2014, we denied the petition for permission to appeal. The appeal is dismissed without reference to the merits.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered January 30, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.